No. 95-1089. PITTSTON CO. ET AL. *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 4th Cir. Certiorari denied. ▪

No. 95-1102. FGS CONSTRUCTORS, INC. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. ▪

No. 95-1114. BOGGS *v.* BOWRON ET AL. C. A. D. C. Cir. Certiorari denied. ▪

No. 95-1139. DOSTIE *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 95-1144. DEREWAL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▪

No. 95-1229. KNIGHT, DBA STEVE KNIGHT STEEL FABRICATORS, ET AL. *v.* UNITED STATES FIDELITY & GUARANTY INSURANCE CO. C. A. 5th Cir. Certiorari denied. ▪

No. 95-1245. STEINBERG *v.* BINGHAM, ANCILLARY ADMINISTRATOR OF THE ESTATE OF MARLEY, ET AL.; and
No. 95-1276. ZOLT ET AL. *v.* BINGHAM, ANCILLARY ADMINISTRATOR OF THE ESTATE OF MARLEY, ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 66 F. 3d 553.

No. 95-1248. NEELY, BY AND THROUGH HER PARENTS, NEELY ET UX. *v.* RUTHERFORD COUNTY SCHOOLS. C. A. 6th Cir. Certiorari denied. ▪

No. 95-1256. DOLENZ *v.* SOUTHWEST MEDIA CORP. ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 95-1261. GREEN *v.* UNITED PENTECOSTAL CHURCH INTERNATIONAL. Ct. App. Tex., 3d Dist. Certiorari denied. ▪

No. 95-1262. FISHBURNE ET AL. *v.* CINERGI PRODUCTIONS, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95-1264. CENTRAL CARTAGE CO. *v.* CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. C. A. 7th Cir. Certiorari denied. ▪